US2008 1157714.1

US2008 1157714.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:10-cv-79

| | |
|---|---|
| UNITED COMMUNITY BANK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ENTRY OF DEFAULT** |
| ) | |
| LILLIE CAMPBELL, ROBERT A. ) | |
| WEISER, JR., SILVIA M. WEISER, ) | |
| and OLANREWAJU WUSU, ) | |
| ) | |
| Respondents. ) | |
| ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by

the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure,

and upon the application of the Petitioner for entry of default against Lillie

Campbell,  IT APPEARING TO THE COURT that the named Respondent

is  in default for failing to plead or otherwise defend this action as required

by law.

NOW THEREFORE, default is hereby entered against Respondent Lillie Campbell, only, as the other defendants' answer deadline are not due yet.

Signed: September 2, 2010

Frank G. Johns, Clerk
United States District Court