IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv79

| | |
|---|---|
| **UNITED COMMUNITY BANK,** | ) |
| Petitioner, | ) ) ) ) |
| vs. | ) ) |
| **LILLIE CAMPBELL, ROBERT A. WEISER, JR., SILVIA M. WEISER, and OLANREWAJE WUSU,** | ) ) ) |
| Respondents. | ) ) ) |

**DEFAULT JUDGMENT**

In accordance with the Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of United Community Bank and against Lillie Campbell in the amount of One Hundred Sixty Thousand Three Hundred Thirteen Dollars and Seventy-Six Cents ($160,313.76), together with costs and interest from the date of Judgment;

2. Judgment is entered in favor of United Community Bank and against Robert A. Weiser, Jr. and Silvia M. Weiser, jointly and severally, in the

1

amount of One Hundred Twenty-Five Thousand Six Hundred Forty-Eight Dollars and Twenty-Seven Cents ($125,648.27), together with costs and interest from the date of Judgment; and

3. Judgment is entered in favor of United Community Bank and against Olanrewaju Wusu in the amount of Three Hundred Fourteen Thousand Two Hundred Sixty-One Dollars and Eight Cents ($314,261.08), together with costs and interest from the date of Judgment.

Signed: March 1, 2011

Martin Reidinger
United States District Judge